145 So. 923

**Cleavies PANTER v. STATE.**
6 Div. 331.

Court of Appeals of Alabama.
Jan. 10, 1933.

BRICKEN, P. J.
Appeal dismissed.

141 So. 924

**Arthur PARKER v. STATE.**
6 Div. 144.

Court of Appeals of Alabama.
May 10, 1932.

BRICKEN, P. J.
Appeal dismissed.

145 So. 923

**Buster PARKER v. STATE.**
6 Div. 319.

Court of Appeals of Alabama.
Jan. 10, 1933.

RICE, J.
Affirmed.

140 So. 926

**Frazier PARKER v. STATE.**
4 Div. 846.

Court of Appeals of Alabama.
April 5, 1932.

RICE, J.
Appeal dismissed.

141 So. 924

**Ed, alias Edward, PARRISH v. STATE.**
6 Div. 240.

Court of Appeals of Alabama.
May 10, 1932.

SAMFORD, J.
Affirmed.

146 So. 923

**Josh PARRISH v. STATE.**
8 Div. 762.

Court of Appeals of Alabama.
Feb. 7, 1933.

BRICKEN, Presiding Judge.
Affirmed.

141 So. 924

**J. H. PARSONS v. STATE.**
6 Div. 205.

Court of Appeals of Alabama.
May 10, 1932.

RICE, J.
Affirmed.

148 So. 923

**Hobort PATTERSON v. STATE.**
8 Div. 755.

Court of Appeals of Alabama.
June 6, 1933.

Bradshaw & Barnett, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

RICE, Judge.
Affirmed.